(March 7, 2016)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. BORIS R. NEKTALOV, on Behalf of JEANDRO PEREZ, Petitioner, v COMMISSIONER OF DEPARTMENT OF CORRECTION et al., Respondents. [26 NYS3d 478]—Writ of habeas corpus in the nature of an applica-

tion for bail reduction upon Kings County indictment No. 10476/15.

Adjudged that the writ is sustained, without costs or disbursements, and bail on Kings County indictment No. 10476/15 is reduced from the sum of $2,000,000 bond or $1,000,000 cash to the sum of $1,000,000 bond or $500,000 cash; and it is further,

Ordered that upon receipt of a copy of this decision, order and judgment together with proof that the defendant has given an insurance company bail bond in the amount of $1,000,000 or has deposited the sum of $500,000 as a cash bail alternative, the Warden of the facility at which the defendant is incarcerated, or his or her agent, is directed to immediately release the defendant. Mastro, J.P., Dillon, Hinds-Radix and Maltese, JJ., concur.